**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10118 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00362-TLN |
| v. | |
| ALAN DAVID TIKAL, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Submitted February 24, 2016[**]

Before: LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Alan David Tikal appeals from the district court's judgment and challenges

his bench-trial conviction and 288-month sentence for 11 counts of mail fraud, in

violation of 18 U.S.C. § 1341, and one count of engaging in monetary transactions

in criminally derived property, in violation of 18 U.S.C. § 1957. Pursuant to

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Tikal's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Tikal has filed a pro se supplemental opening brief. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.** Tikal's pending pro se motions are **DENIED.**

**AFFIRMED.**